```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :     19 CR 800 (VM)
                                  :
         -against-                :
                                  :           ORDER
                                  :
DAWDA JENG,                       :
                                  :
              Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    By letter dated June 7, 2020, the parties jointly request a three-month adjournment of the status conference currently scheduled for June 19, 2020, and the exclusion of the adjourned time pursuant to the Speedy Trial Act. Accordingly, the status conference currently scheduled for June 19, 2020 is hereby rescheduled to Friday, September 18, 2020 at 10:45 a.m.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice, and to ensure the safety and health of all parties. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED:**

Dated:   New York, New York
           08 June 2020

                                            Victor Marrero
                                              U.S.D.J.