```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAWDA JENG,

                        Defendant.

19 CR 800(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    By letter dated September 8, 2020 (see Dkt. No. 30), counsel for the above-named defendant, with the consent of the Government, requests adjournment of the status conference scheduled for September 18, 2020 at 10:45 a.m., and exclusion of the adjourned time under the Speedy Trial Act. The conference shall be rescheduled for November 19, 2020 at 10:30 a.m.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED**:

Dated: New York, New York
       9 September 2020

                                        _____
                                           Victor Marrero
                                              U.S.D.J.