```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

~~proposed~~

v.

ORDER

19 Cr 800 (VM)

DAWDA JENG,

    Defendant.

_____

  Defendant DAWDA JENG seeks to enter a guilty plea in a proceeding to be conducted by video or telephone conference instead of a personal appearance in court. In view of the ongoing pandemic, video and telephone conferencing have been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video or telephone conference with a guilty plea proceeding advances Mr. Jeng's case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

  The Court directs that Mr. Jeng be permitted to enter his guilty plea in a video or telephonic proceeding.

SO ORDERED:

Dated: New York, New York
   April 28, 2021

                _____
                Victor Marrero
                U.S.D.J.