USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: [~~PROPOSED~~] **ORDER**
- v. - :
: 19 Cr. 800 (VM)
DAWDA JENG, :
    a/k/a "Mo," :
:
              Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 13, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           _____May 24_____, 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.