**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X
UNITED STATES OF AMERICA,      :
                               :
                               :      **19 CR 800(VM)**
       -against-               :         **ORDER**
                               :
DAWDA JENG,                    :
                               :
            Defendants.        :
------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant will be rescheduled from September 17, 2021, to November 12, 2021 at 2:00 PM.

**SO ORDERED:**

Dated:   New York, New York
         2 September 2021

_____
Victor Marrero
U.S.D.J.