USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/22/21

**PARKER AND CARMODY,**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 239-9777
MICHAEL CARMODY  　　　　　　　　　　　　　　　　　FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER  　　　　　　　　　　　　　　　　DanielParker @ aol.com

October 21, 2021

**By ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　　　　　　Re: **United States v. Dawda Jeng**
　　　　　　　　　　　　　19 Cr 800 (VM)

Dear Judge Marrero:

　　　I write with the consent of the Government requesting that the Court adjourn the sentencing currently scheduled for November 12, 2021 to a date in early January, 2022.

　　　I have discussed with Mr. Jeng that the Court will not be holding sentencing proceedings in person until at least January and at this stage, he is requesting an adjournment.

　　　Thank you for your consideration in this matter.

　　　My continuing best wishes to you and your staff.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　Daniel S. Parker

Cc: all parties by email

---

Request GRANTED. The sentencing in the above matter currently scheduled for November 12, 2021, is adjourned to January 14, 2022.

**SO ORDERED.**

October 22, 2021　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　U.S.D.J.