**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2022
```

UNITED STATES OF AMERICA,

       -against-

DAWDA JENG,

            Defendant.

**19 CR 800 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Dawda Jeng for January 14, 2022, is hereby adjourned to January 20, 2022, at 10:30 a.m. In light of the ongoing public health emergency, this conference will proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:    New York, New York
            January 4, 2022

                                                              Victor Marrero
                                                                U.S.D.J.