```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

DWADA JENG,

                Defendant.

**19 Crim. 800 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On October 7, 2022, defendant Dwada Jeng ("Jeng") filed a pro se motion for return of certain seized property under Federal Rule of Criminal Procedure 41(g). (See Dkt. No. 87.) The Government and Probation Department are directed to respond by October 18, 2022.

**SO ORDERED.**

Dated:    14 October 2022
            New York, New York

                                        _____
                                            Victor Marrero
                                              U.S.D.J.