```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

DWADA JENG,

                Defendant.

---

**19 Crim. 800 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On October 7, 2022, Defendant Dwada Jeng ("Jeng") filed a pro se letter seeking the return of certain personal property pursuant to Federal Rule of Criminal Procedure 41(g). (See Dkt. No. 87.) On October 17, 2022, the Government filed its response. (See Dkt. No. 89.)

The Court hereby **GRANTS** in part and **DENIES** in part Jeng's request for the return of personal property. The Government is directed to return any personal property belonging to Jeng that the Government may now have or may later find in its possession, except for Jeng's iPhone.

**SO ORDERED.**

Dated:    18 October 2022
           New York, New York

                                        _____
                                          Victor Marrero
                                            U.S.D.J.